# EXHIBIT A

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1. I, Dane Melgard, hereby consent and agree to become a party plaintiff class in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, OhioHealth, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: Oct 8, 2020

SIGNATURE: *Dane R. Melgard*
Dane R. Melgard (Oct 8, 2020 11:30 EDT)

Dane Melgard
PRINTED NAME

[redacted]