IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANE MELGARD**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OHIOHEALTH CORPORATION**,<br><br>Defendant. | CASE NO. 2:20-cv-5322<br><br>JUDGE SARAH D. MORRISON<br><br>MAGISTRATE JUDGE CHELSEY M. VASCURA |

**JOINT MOTION FOR FINAL APPROVAL OF A CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Dane Melgard ("Representative Plaintiff"), on behalf of himself and the members of proposed settlement class, and OhioHealth Corporation ("Defendant"), by and through undersigned counsel, hereby jointly move this Court for entry of final judgment approving the Parties' Joint Stipulation of Settlement and Release ("Settlement"). (ECF No. 60-1).

On April 5, 2023, the Parties filed their Joint Motion for Preliminary Approval of Class Action Settlement ("Joint Motion for Preliminary Approval"). (ECF No. 60). On May 4, 2023, this Court entered an Order granting provisional certification of the Rule 23 class; granting, in part, preliminary approval of the Settlement; and authorizing notice to the provisionally certified class members. (ECF No. 61). On May 19, 2023, the Claims Administrator issued Notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*See* Declaration of Settlement Administrator (hereinafter "Claims Administrator Decl."), attached hereto as **Exhibit 1**, ¶¶ 6–16.) The Claims Administrator also hosted a web page featuring links to the Class Action Settlement Agreement and Release as well as the Notice. (*Id*.) The Court-

approved Notice was sent to 368 members of the provisionally certified class and it permitted up to 60 days in which to request exclusion from the Settlement, or to object to the Settlement. (*Id*.) The deadline to opt out of the Settlement was August 21, 2023. (*Id*.)

The notice process has been completed pursuant to the Parties' Settlement as approved by the Court's Order. (*Id*.) Out of the 368 provisionally certified class members, only three (3) requested to be excluded. (*Id*., ¶ 13, n. 1), and no class members objected to the Settlement. (*Id*., ¶ 15).

In addition, 112 of the 368 certified class members returned a signed consent form to join the FLSA settlement and receive the liquidated damages payment. (*Id*., ¶ 14).

As explained in the Joint Motion for Preliminary Approval, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 60). The Settlement distributions are fair, reasonable, and adequate, which is underscored by the fact that no objections to the Settlement were raised during the notice process.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order granting final certification of the class and collective action, and final approval of the Settlement.[1] The Parties further request that the fairness hearing be held telephonically since there are no objections to their Settlement.

Respectfully submitted,

| **COFFMAN LEGAL, LLC** | **BAKER HOSTETLER LLP** |
|---|---|
| /s/*Adam C. Gedling* | s/ *Samuel E. Endicott* |
| Matthew J.P. Coffman (0085586) | M. J. Asensio (0030777), Trial Attorney |
| Adam C. Gedling (0085256) | Samuel E. Endicott (0094026) |

---

[1] The Parties intend to submit a proposed Order on or before September 7, 2023 – 7 days prior to the fairness hearing.

| | |
|---|---|
| Kelsie N. Hendren (100041)<br>1550 Old Henderson Road<br>Suite 126<br>Columbus, Ohio 43220<br>Telephone: (614) 949-1181<br>Facsimile: (614) 386-9964<br>Email: mcoffman@mcoffmanlegal.com<br>     agedling@mcoffmanlegal.com<br>     khendren@mcoffmanlegal.com<br><br>*Class Counsel for Named Plaintiff<br>and those similarly situated* | 200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>Telephone: (614) 228-1541<br>Email: masensio@bakerlaw.com<br>     sendicott@bakerlaw.com<br><br>*Attorneys for Defendant OhioHealth<br>Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2023 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Adam C. Gedling*
Adam C. Gedling

*Counsel for Plaintiff and those similarly situated*